# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

LaTOYIN DAVIS                                                                                              PLAINTIFF
ADC #138224

V.                                           2:08CV00201 WRW

HARMON *et al.*                                                                                         DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, IT IS ORDERED THAT:

1. To the extent that Plaintiff's Complaint states claims in connection with: (a) not being able to shower for two days; and (b) officials not responding to his grievances, those claims are DISMISSED WITH PREJUDICE.

2. Plaintiff's claim in connection with his missing property is DISMISSED WITHOUT PREJUDICE.

3. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 17th day of December, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE