**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

LaTOYIN DAVIS                                                                                              PLAINTIFF
ADC #138224

V.                                                    2:08CV00201 WRW

HARMON *et al.*                                                                                         DEFENDANTS

## JUDGMENT

Based on the Order filed this date, this case is DISMISSED. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 17th day of December, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE