IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**LATOYIN DAVIS, ADC #138224**                                                      **PLAINTIFF**

**VS.**                                        **2:08-CV-00201-WRW**

**HARMON, et al.**                                                                **DEFENDANTS**

## ORDER

Plaintiff's Motion for Reconsideration (Doc. No. 10) is DENIED.

IT IS SO ORDERED this 10th day of February, 2009.

                                         /s/ Wm. R. Wilson, Jr.
                                           UNITED STATES DISTRICT JUDGE